```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JUNSAI XU,                                                     :
                                                               :
                              Plaintiff,                       :    1:25-cv-109-GHW
                                                               :
              -v-                                              :    ORDER
                                                               :
TENEO, *et al.*,                                               :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By order dated June 28, 2025, the Court dismissed this case without prejudice pursuant to Fed. R. Civ. P. 4(m). Dkt. No. 21. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's June 28, 2025 order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: July 1, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge